JOHN J. TUCHI
United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
405 West Congress, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
carin.duryee@usdoj.gov
Attorneys for Plaintiff

\_\_FILED\_\_LODGED
\_\_RECEIVED\_\_COPY

2009 SEP 16 P 5: 35

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America,

  Plaintiff,

  v.

TONY ALAN BARKER

  Defendant.

CR 09-2077 TUC-DCB/HCE

**INDICTMENT**

Violations:

18 USC §§ 2252(a)(2) and (b)(1)
18 USC §§ 2252A(a)(5)(B) and (b)(2)

(Attempted Distribution of Child Pornography; Possession of Child Pornography)

**THE GRAND JURY CHARGES:**

### COUNT ONE

ATTEMPTED DISTRIBUTION OF CHILD PORNOGRAPHY

On or about July 28, 2008, in the District of Arizona, TONY ALAN BARKER did knowingly distribute and attempt to distribute, using any means or facility of interstate or foreign commerce, including by computer, child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate or foreign commerce by means of computer or otherwise in interstate and foreign commerce, including, but not

1  limited to, the following computer files:(pthc) 9yo Vicky stripping and sucking (kiddy
2  pedo illegal underage preteen).mpg; all in violation of Title 18, United States Code,
3  Sections 2252(a)(2) and (b)(1).

4

### COUNTS TWO THROUGH FOUR
### POSSESSION OF CHILD PORNOGRAPHY

7  On or about August 22, 2008, in the District of Arizona, TONY ALAN BARKER
8  did knowingly possess child pornography, that is, visual depictions, the production of
9  which involved the use of minors engaging in sexually explicit conduct, as defined in
10 Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had
11 been mailed, shipped and transported in interstate and foreign commerce, and which was
12 produced using materials which had been mailed and shipped and transported in interstate
13 and foreign commerce, by any means, including computer; that is, TONY ALAN
14 BARKER knowingly possessed computer hard disk drives and documents which
15 contained images and videos that were part of a collection of visual depictions of minors
16 engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section
17 2256(2), contained on the following materials and which included, but were not limited
18 to, the following computer file names:

| Count | Material | Computer File Name(s) |
|---|---|---|
| Two | Gateway GT5058 computer s/n XCM62H1002398 | "(pthc) 9yo Vicky stripping and sucking (kiddy pedo illegal underage preteen).mpg" |
| Three | HP Pavilion dv6000 laptop s/n CNF70722ZC | "Preview-T-13828386-fdsa3- 4yo girl pedo r@ygold hussyfan lolitaguy lsm pthc babyshivid.mpg" |
| | | "Preview-T-25735594-children sexually abused BEAUTIFUL_Venezuela-girls(3-4yo)part-2) pthc hussyfan_Pedo FuX Makes A Childs Cute Peepee Orgasm's Happen-Precious_!! Kids NEED Sex TOO_!!.mpg" |

"Preview-T-35810516-Z-3yo girl blowjob & swallows pedo r@ygold hussyfan lolitaguy lsm pthc babyshivid.mpg"

"Preview-T-48949299-11yo girl has sex with mom, then with baby brother – Pedo.mpg"

"Preview-T-137567368-Gay – Kdv 02 Preteen – 2 Young Boys 14 y.o. and 10 y.o. Playing (Pthc Kiddy Pedo Directed in Various Acts)(16m31s).mpg"

| | | |
|---|---|---|
| Four | Stack of documents seized from defendant's closet by FBI and marked as Item 12 | pages numbered 2,4,18, 24, 93 and 110 |

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL

███████████████

Pre███████

JOHN J. TUCHI
United States Attorney
District of Arizona

SEP 1 6 2009

*/s/ Carin C. Duryee*

CARIN C. DURYEE
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE