# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER: CR-09-2077-TUC-DCB(HCE)

TONY ALAN BARKER

Tony Alan Barker
c/o Paul S. Banales, Esq.
110 S. Church Ave, Suite 6426
Tucson, AZ 85701

YOU ARE HEREBY SUMMONED to appear before the United States District Court at place, date and time set forth below.

| PLACE<br>Evo A. DeConcini U.S. Courthouse<br>405 W. Congress<br>Tucson, Arizona 85701 | ROOM NO.<br>See Calendar for Courtroom |
|---|---|
| BEFORE:<br>  Magistrate Judge<br>  Hector C. Estrada | DATE AND TIME<br>October 1, 2009 at 11:00 a.m. |

To answer a(n)

(X) Indictment  ( ) Information  ( ) Complaint  ( ) Violation Notice  ( ) Probation Petition  ( ) Supervised Release Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __2252(a)(2) and (b)(1); 2252A(a)(5)(B) and (b)(2)__

Attempted Distribution of Child Pornography; Possession of Child Pornography

Signature of Issuing Officer          Date    September 16, 2009

RICHARD H. WEARE, CLERK

BY: s/SSU Deputy Clerk

| RETURN OF SERVICE |
|---|
| Service was made by me on: 9/28/09 |
| Check one box below to indicate appropriate method of service |

☒ Served personally upon the defendant at: 110 S Church Ave Suite 6426 Tucson, AZ 85701

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  9/28/09                                           Date

David Gonzales
Name of United States Marshal

_[signature]_
(by)Deputy United States Marshal

Remarks: Served Karen J Rascon, legal assistant of Paul S. Banales

1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.